No. 65631.—J. J. Boll *v.* United States, protest 60/17395(A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

No. 65632.—H. S. Import Co., Inc. *v.* United States, protest 60/29042 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), supplemented by Presidential proclamation (T.D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T.D. 51802, supplemented by T.D. 51898, for imitation semiprecious stones, not faceted.

No. 65633.—Novelty Import Co., Inc. *v.* United States, protests 60/3055 and 60/18430 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that item 9194, with entry 703325, described as "Goofy Gonny Bird," and item 9194, with entry 735597, described as "6'' Metal Goofy-Gonny Bird," consist of metal toys, the claim of the plaintiff was sustained.